# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SAQIB ALI, | * |
| *Plaintiff*, | * |
| v. | *   No. 1:19-CV-00078-BPG |
| LAWRENCE HOGAN, *et al.*, | * |
| *Defendants*. | * |

\* * * * * * * * * * * * * * * * *

## ATTORNEY GENERAL FROSH'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), and for the reasons stated in the accompanying memorandum, defendant Brian E. Frosh, Attorney General of Maryland, hereby moves to dismiss this matter against him for failure to state a claim.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Adam D. Snyder
_____
ADAM D. SNYDER
Assistant Attorney General
Bar No. 25723
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
(410) 576-6398
(410) 576-6955 (facsimile)
asnyder@oag.state.md.us

Attorneys for Defendant Brian E. Frosh,
Attorney General of Maryland

March 11, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2019, the foregoing document was filed with the Clerk of the Court and served on all counsel of record electronically through the Court's CM/ECF system.

                                                    /s/ Adam D. Snyder
                                                    Adam D. Snyder