**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SAQIB ALI, | * |
| *Plaintiff*, | * |
| v. | * No. 1:19-CV-00078-BPG |
| LAWRENCE HOGAN, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court having considered the motion to dismiss filed by Brian E. Frosh, Attorney General of Maryland, and all responses and replies thereto, it is this \_\_\_\_ day of _____, 2019, hereby **ORDERED** that the motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the Attorney General is **DISMISSED** from this matter.

.

_____
Beth P. Gesner
Chief Magistrate Judge