**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| **SAQIB ALI**<br>Montgomery County, Maryland<br><br>       Plaintiff,<br><br>   v.<br><br>**LAWRENCE HOGAN**, in his official capacity as Governor of Maryland,<br>100 State Circle<br>Annapolis, MD 21401<br><br>**BRIAN FROSH**, in his official capacity as Attorney General of Maryland,<br>200 St. Paul Place<br>Baltimore, MD 21202<br><br>       Defendants. | Case No. 1:19-CV-00078-BPG<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

**PLAINTIFF SAQIB ALI'S NOTICE OF SUPPLEMETAL AUTHORITY**

As supplemental authority in support of his Opposition to Governor Hogan's Motion to Dismiss, Saqib Ali respectfully submits the attached Memorandum Opinion issued in *Amawi v. Pflugerville Independent School District*, 18-CV-1091, Dkt. 82 (W.D. Tex. Apr. 25, 2019).

The court in *Amawi* granted a preliminary injunction enjoining Texas from enforcing H.B. 89 "or any 'no Boycott of Israel' clause in any state contract." Slip Op. at 56. The court reasoned that "[*NAACP v. Claiborne Hardware Co.*, 458 U.S. 886 (1982), not [*Rumsfeld v. FAIR*, 547 U.S. 47 (2006)], controls this case." Under

1

*Claiborne*, "the Court concludes that Plaintiffs' BDS boycotts are inherently expressive conduct. Slip op. at 26. The court then found that Texas's anti-BDS law was not narrowly tailored and did not serve a compelling state interest. Slip Op. at 32-37. As a result of the court's analysis, the Texas anti-BDS law was "an unconstitutional content- and viewpoint-based restriction on speech." *Id.* at 37.

The court further found that the Texas anti-BDS law was an unconstitutional condition on government contract work, *id.* at 38-40, that its certification requirement was unconstitutional compelled speech, *id.* at 41-43, and was void for vagueness, *id.* at 43-46.

Plaintiffs respectfully submit that the court's analysis in *Amawi* is persuasive and will greatly assist the Court in deciding the Governor's Motion to Dismiss.

Respectfully submitted,

May 2, 2019                                     CAIR LEGAL DEFENSE FUND

BY:   */s/ Lena F. Masri*
LENA F. MASRI (20251) ‡
GADEIR I. ABBAS (20257) ‡ *
CAROLYN M. HOMER (20409) ‡
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 488-8787

*Attorneys for Plaintiff Saqib Ali*

‡ Admitted to practice in this Court

*Mr. Abbas is licensed in VA, not in D.C. Practice limited to federal matters.