IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAQIB ALI,

v.

Civil No. CCB-19-0078

LAWRENCE HOGAN, *et al.*

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The defendants' motions to dismiss (ECF Nos. 9 & 10), are **GRANTED**;

2. this case is **DISMISSED** without prejudice;

3. the plaintiff is **GRANTED** leave to amend within 28 days;

4. If no amended complaint is filed, the Clerk shall **CLOSE** this case; and

5. the Clerk shall **SEND** a copy of this Order and accompanying Memorandum to counsel of record.

10/1/19
Date

_____
Catherine C. Blake
United States District Judge