# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SAQIB ALI, | * |
| *Plaintiff*, | * |
| v. | *  No. 1:19-CV-00078-CCB |
| LAWRENCE HOGAN, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. Pro. 6(b) and Local Rule 105.9, and in light of the press of unrelated litigation, court appearances, and other business, the parties jointly request that the Court amend the date by which the defendants must respond to the First Amended Complaint under Rule 15(a)(3) and set further dates accordingly, as follows:

Defendants' response to the First Amended Complaint:  November 26, 2019;

Plaintiff's response to Defendants' filing:  January 9, 2020;

Defendants' reply:  January 30, 2020.

No extensions have been requested previously with respect to these filings.

|  | Respectfully submitted, |
|---|---|
| /s/ Lena F. Masri | /s/ Adam D. Snyder |
| _____ | _____ |
| LENA F. MASRI (D. Md. # 20251) | ADAM D. SNYDER |
| lmasri@cair.com | Assistant Attorney General |
| GADEIR I. ABBAS (D. Md. # 20257)* | Bar No. 25723 |
| gabbas@cair.com | Office of the Attorney General |
| JUSTIN SADOWSKY (D. Md. # 21028) | 200 Saint Paul Place, 20th Floor |
| jsadowsky@cair.com | Baltimore, Maryland  21202 |
| CAROLYN M. HOMER (D. Md. # 20409) | (410) 576-6398 |
| chomer@cair.com | (410) 576-6955 (facsimile) |
| CAIR Legal Defense Fund | asnyder@oag.state.md.us |
| 453 New Jersey Ave., SE | |
| Washington, DC 20003 | Attorney for Defendants |
| Phone: (202) 742-6420 | |
| Fax: (202) 488-0833 | |

*Licensed in VA, not D.C.
Practice limited to federal matters*

Attorneys for Plaintiff

November 5, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2019, the foregoing document was filed with the Clerk of the Court and served on all counsel of record electronically through the Court's CM/ECF system.

                                         /s/ Adam D. Snyder
                                         Adam D. Snyder