IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAQIB ALI        *

            *     Civil Action No. CCB-19-78

     v.       *

            *

LAWRENCE HOGAN, *et al.*    *

**ORDER**

Upon consideration of Governor Lawrence Hogan's motion to dismiss (ECF 25), Attorney General Brian Frosh's motion to dismiss (ECF 26), and the responses and replies thereto, it is hereby ORDERED that:

1. Defendants' motions to dismiss are GRANTED;

2. Mr. Ali's amended complaint is DISMISSED with prejudice;

3. The Clerk is directed to SEND copies of this Order and the accompanying Memorandum to counsel of record; and

4. The Clerk is directed to CLOSE the case.

   10/26/20                                                    /S/
Date                                                 Catherine C. Blake
                                                United States District Judge