FILED: November 25, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2266
(1:19-cv-00078-CCB)

_____

SAQIB ALI

        Plaintiff - Appellant

v.

LAWRENCE JOSEPH HOGAN, JR.; BRIAN E. FROSH

        Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:19-cv-00078-CCB |
| Date notice of appeal filed in originating court: | 11/25/2020 |
| Appellant(s) | Saqib Ali |
| Appellate Case Number | 20-2266 |
| Case Manager | Ashley Brownlee<br>804-916-2704 |